IN THE UNITED STATES BANKRUPTCY COURT
FOR Northern District of California

In Re:

| | |
|---|---|
| Kathleen Marie Fowler | ) Case No: 09-40263 |
| William Earl Fowler | ) Chapter: 13 |
| | ) |
| SSN: *******4300<br>SSN: *******0245 | )<br>)<br>) |

Debtor(s)

## REQUEST FOR SPECIAL NOTICE AND SERVICES

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Please take this notice that the undersigned is an authorized agent/entity and hereby enters its request on behalf of Beneficial California, Inc. and pursuant to Rule 2002 of the Bankruptcy Rules, requests inclusion into the Master Mailing List and special notice of all events relevant to the above referenced bankruptcy to and including all notices, pleading and other documents filed in the proceeding, be sent to the creditor at the address listed below.

Respectfully Submitted,
Moss Codilis, L.L.P.


/s/ Corey M. Robertus February 11, 2009

Moss Codilis, L.L.P.
AUTHORIZED AGENT/ENTITY
FOR THE CREDITOR
Phone: 303-799-6966
Fax: 720-240-5454


Creditor:
Beneficial California, Inc.
P.O. Box 21188
Eagan, MN 55121-4201
Loan Number: ******8530

Debtor Attorney= Patrick L. Forte
Trustee = MARTHA BRONITSKY
Court = US BK CT