IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>WILLIAM EARL FOWLER and<br>KATHLEEN MARIE FOWLER,<br><br>Debtor(s). | Bankruptcy Case No. 09-40263<br>Chapter 13<br><br><br>REQUEST FOR SPECIAL NOTICE |

TO THE CLERK AND ALL PARTIES:

Pursuant to Federal Rule of Bankruptcy Procedure 2002(g)(1), the undersigned, B-Line, LLC, hereby notifies the Court, Debtor(s), Trustee, and interested parties in the above entitled bankruptcy case that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

B-Line, LLC
Attn: Steven Kane
P.O. Box 91121
Dept. 550
Seattle, WA 98111-9221
Phone: 866-670-2361
Fax: 206-239-1958
Email: bline.chapter13@blinellc.com


Linh K. Tran is no longer associated with B-Line in this bankruptcy case.

Dated this  12th  day of   June         2011.

                                             /s/ Steven G. Kane
                                             Steven G. Kane
                                             Agent for B-Line, LLC
                                             P.O. Box 91121
                                             Dept. 550
                                             Seattle, WA 98111-9221
                                             Phone: 866-670-2361
                                             Fax: 206-239-1958
                                             Email: bline.chapter13@blinellc.com